ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| EDWARD W. GRAY, | CASE NO. 1:09-CV-00379-GSA |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file an Opening Brief, the request is hereby APPROVED.  The Court notes that Plaintiff's opening brief was due on November 27, 2009 rather than December 22, 2009 as alleged in the stipulation.  The request for extension is therefore granted nunc pro tunc.

Plaintiff shall file his Opening Brief on or before February 5, 2010.  All other deadlines set forth in this Court's initial scheduling order filed on March 11, 2009 remain in effect.

IT IS SO ORDERED.

Dated:   **December 2, 2009**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE