BENJAMIN B. WAGNER
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDWARD W. GRAY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-00379-GSA<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from March 8, 2010 to April 7, 2010.

    This is the defendant's first request for an extension of time to respond to plaintiff's motion for summary judgment.

    The defendant needs an extension because counsel is still evaluating the defensibility of the Commissioner's decision.

///

///

Respectfully submitted this 8th day of March 2010.

DATED: March 10, 2010    By:    /s/ Ann M. Cerney
                                (*As agreed via telephone*)
                                ANN M. CERNEY
                                Attorney at Law
                                Attorney for Plaintiff


                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: March 10, 2010    By:    /s/ Theophous H. Reagans
                                THEOPHOUS H. REAGANS
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **March 9, 2010**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE