1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8938
        Facsimile:  (415) 744-0134
7       E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                              FRESNO DIVISION

12

13  EDWARD W. GRAY,            )
                               )   CIVIL NO. 1:09-00379-GSA
14        Plaintiff,           )
                               )
15        v.                   )   STIPULATION FOR EXTENSION OF TIME
                               )   TO RESPOND TO PLAINTIFF'S MOTION
16  MICHAEL J. ASTRUE,         )   FOR SUMMARY JUDGMENT
    Commissioner of            )
17  Social Security,           )
                               )
18        Defendant.           )
    _____)

19

20       The parties, through their respective counsel, stipulate that defendant's time to respond to

21  plaintiff's motion for summary judgment be extended from March 8, 2010 to April 7, 2010.

22       This is the defendant's first request for an extension of time to respond to plaintiff's motion for

23  summary judgment.

24       The defendant needs an extension because counsel is still evaluating the defensibility of the

25  Commissioner's decision.

26

27  ///

28  ///

Respectfully submitted this 8th day of March 2010.

DATED: March 10, 2010        By:     */s/ Ann M. Cerney*
                                     (*As agreed via telephone*)
                                     ANN M. CERNEY
                                     Attorney at Law
                                     Attorney for Plaintiff


                                     BENJAMIN B. WAGNER
                                     United States Attorney

DATED: March 10, 2010        By:     */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   March 9, 2010**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE