UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD W. GRAY, | ) | 1:09-CV-00379-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER ON REQUEST FOR** |
| | ) | **EXTENSION OF TIME TO FILE REPLY** |
| v. | ) | **BRIEF** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Plaintiff filed a complaint in this matter on February 26, 2009. Plaintiff filed a motion for summary judgment on February 5, 2010. On February 8, 2010, the parties filed a stipulation and proposed order extending Defendant's time to file an Opposition Brief until April 7, 2010. On April 12, 2010, Defendant filed a motion for summary judgment.[1] On April 23, 2010, the parties again agreed to and filed a stipulation for an extension of time for Plaintiff to file a Reply Brief. The parties agreed that Plaintiff shall have until May 12, 2010, to file a Reply Brief.

  IT IS HEREBY ORDERED that Plaintiff shall file a Reply Brief on or before May 12, 2010.

IT IS SO ORDERED.

**Dated:   April 26, 2010**       /s/ Sheila K. Oberto
                  UNITED STATES MAGISTRATE JUDGE

---

[1] Although Defendant's April 12, 2010, filing is labeled as a "motion for summary judgment," it is essentially an opposition to Plaintiff's February 5, 2010, pleading.

1