1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  EDWARD W. GRAY,                )   CIVIL NO. 1:09-CV-00379 SKO
                                   )
13                                 )   STIPULATION FOR EXTENSION OF TIME
                                   )   TO FILE DEFENDANT'S RESPONSE TO
14         Plaintiff,              )   PETITION FOR ATTORNEY'S FEES AND
                                   )   ORDER
15         v.                      )
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18         Defendant.              )
    _____)

19

20      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

21  of the Court, that Defendant shall have up to and through April 29, 2001, in which to e-file his response to

22  Plaintiff's Petition for Attorney's Fees. Counsel apologizes for the delay and inconvenience and respectfully

23  requests that the court grant this unopposed request for extension.

24

25

26

27

28

```
Dated:   March 30, 2011                        Ann M. Cerney
                                               (As authorized via telephone on 3/30/11)
                                               BESS M. BREWER
                                               Attorney for Plaintiff


                                               LAWRENCE G. BROWN
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX

Dated:   March 30, 2011         By:    /s/ Theophous H. Reagans
                                       THEOPHOUS H. REAGANS
                                       Special Assistant United States Attorney
```

IT IS SO ORDERED.

**Dated:   March 31, 2011**                        /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE