1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                   FRESNO DIVISION

12

13 EDWARD W. GRAY,                )
                                  )    CIVIL NO. 1:09-CV-00379-SKO
14        Plaintiff,              )
                                  )    STIPULATION AND ORDER AWARDING
15        v.                      )    EAJA ATTORNEY FEES
                                  )
16 MICHAEL J. ASTRUE,             )
   Commissioner of               )
17 Social Security,               )
                                  )
18        Defendant.              )
   _____ )

19

20       IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21 approval of the Court, that counsel for Plaintiff be awarded attorney fees under the Equal Access to

22 Justice Act in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS AND NO CENTS

23 ($5,400.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by

24 counsel in connection with this civil action for services performed before the district court in accordance

25 with 28 U.S.C. § 2412(d).

26       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

27 and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in

28 the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: March 31, 2011          /s/ *Ann M. Cerney*
                               (As authorized via telephone)
                               ANN M. CERNEY
                               Attorney for Plaintiff

Dated: March 31, 2011          BENJAMIN B. WAGNER
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                               /s/ *Theophous H. Reagans*
                               THEOPHOUS H. REAGANS
                               Special Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   April 1, 2011**                  /s/ **Sheila K. Oberto**
                               UNITED STATES MAGISTRATE JUDGE

2